FISCHER, Appellant, v. TRUSTEES OF VILLAGE OF CLIFTON SPRINGS, Respondents. (Supreme Court, Appellate Division, Fourth Department. October 12, 1910.) Action by Leonard D. Fischer against the trustees of the Village of Clifton Springs.

PER CURIAM. Judgment affirmed, with costs.

KRUSE, J., dissents upon the ground that what the plaintiff did in diverting the waters of the stream while acting as water commissioner for the village does not preclude him from asserting and enforcing the right which

he subsequently acquired under his deed of conveyance to have the waters of the stream run in the original channel across the lands in question. For opinion below, see 121 N. Y. Supp. 163.

ROBSON, J., not voting.